UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. HANSON, | No. 2:19-cv-00955-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| DIN NGOC LE, individually and dba D&V 96 Cent Store Plus; VAN THI TROUNG, individually and dba D&V 96 Cent Store Plus, | |
| Defendants. | |

    Plaintiff Michael L. Hanson ("Plaintiff"), an individual proceeding *pro se*, brings this civil rights action pursuant to 28 U.S.C. § 1915(e)(2). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 1, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff has not filed objections to the Findings and Recommendations.

///

///

///

1   Accordingly, the Court presumes that any findings of fact are correct. *See Orand v.
2   United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are
3   reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.
4   1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed April 1, 2020 (ECF No. 8), are adopted;
2. This action is Dismissed as frivolous for the reasons set forth in the magistrate judge's February 13, 2020 order to show cause (ECF No. 7); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: May 12, 2020

Troy L. Nunley
United States District Judge